ELECTRONICALLY FILED
11/7/2024 5:34 PM
51-CV-2024-900144.00
CIRCUIT COURT OF
MONROE COUNTY, ALABAMA
WESLEY HINES, CLERK

| State of Alabama<br>Unified Judicial System<br>Form ARCiv-93 Rev. 9/18 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Cas[e Number:]<br>51[-CV-2024-900144.00]<br>Date of Filing: 11/07/2024<br>Judge Code: |
|---|---|---|

## GENERAL INFORMATION

**IN THE CIRCUIT COURT OF MONROE COUNTY, ALABAMA**
**ROBYN SMITH RODGERS, AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF FRANKIE EARL RODGE**

**First Plaintiff:** ☐ Business ☑ Individual ☐ Government ☐ Other

**First Defendant:** ☑ Business ☐ Individual ☐ Government ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☑ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: ____________

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/ Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/ Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ QTLB - Quiet Title Land Bank
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:** F ☑ **INITIAL FILING** A ☐ **APPEAL FROM DISTRICT COURT** O ☐ **OTHER**
R ☐ **REMANDED** T ☐ **TRANSFERRED FROM OTHER CIRCUIT COURT**

**HAS JURY TRIAL BEEN DEMANDED?** ☑ **YES** ☐ **NO**
**Note:** Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ **MONETARY AWARD REQUESTED** ☐ **NO MONETARY AWARD REQUESTED**

**ATTORNEY CODE:**
SMA014

11/7/2024 5:34:00 PM
Date

/s/ JACK SMALLEY III
Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** ☐ **YES** ☐ **NO** ☑ **UNDECIDED**

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:** ☐ **YES** ☑ **NO**

**EXHIBIT "1"**

ELECTRONICALLY FILED
11/7/2024 5:34 PM
51-CV-2024-900144.00
CIRCUIT COURT OF
MONROE COUNTY, ALABAMA
WESLEY HINES, CLERK

**IN THE CIRCUIT COURT OF MONROE COUNTY, ALABAMA**

**ROBYN SMITH RODGERS, AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF FRANKIE EARL RODGERS, DECEASED;**

**Plaintiff,**

**v.**

**LOWE'S HOME CENTERS, LLC; YSAAC ALEJANDRO BARRIOS SANCHEZ; EDWARDO GUITERREZ; and FICTITIOUS PARTIES A through Z, whether singular or plural, are those persons, firms, corporations, partnerships, or other entities responsible for the harms and losses of the Plaintiff; all of whose names and true legal identities are otherwise unknown at this time but who will be added by amendment when ascertained, jointly and severally;**

**Defendants.**

**CIVIL ACTION NO.**

**CV-2024-_____________**

**PLAINTIFF RESPECTFULLY REQUESTS A TRIAL BY JURY**

## **COMPLAINT**

1. Plaintiff ROBYN SMITH RODGERS brings this action as the Personal Representative of the ESTATE OF FRANKIE EARL RODGERS, deceased.

2. Defendant LOWE'S HOME CENTERS, LLC is an entity doing business by agent or otherwise in this State and County. At all pertinent times, Defendant Lowe's was the owner of the vehicle that Defendant Ysaac Alejandro Barrios Sanchez was operating at all pertinent times. Also, at all pertinent times, Defendant Lowe's was the employer and/or principal of Defendant Sanchez. Additionally, Defendant Lowe's was the motor carrier for the shipment Defendant Sanchez was in the process of hauling at the time of the wreck made the basis of the present suit.

3. Defendant YSAAC ALEJANDRO BARRIOS SANCHEZ ("Sanchez") is an adult person residing and domiciled in this State. At all pertinent times, Defendant Sanchez was the employee and/or agent of Defendant Lowe's.

4. Defendant EDWARDO GUITERREZ ("Guiterrez") is an adult person residing and domiciled in this State. At all pertinent times, Defendant Guiterrez was the manager or supervisor of Defendant Sanchez.

5. Fictitious Parties A through Z, whether singular or plural, are those persons, firms, corporations, partnerships, or other entities responsible for the harms and losses of the Plaintiff; all of whose names and true legal identities are otherwise unknown at this time but who will be added by amendment when ascertained, jointly and severally.

6. On October 27, 2024, Defendant Sanchez was traveling southbound on Highway 21 in Escambia County while operating a box truck owned by Defendant Lowe's.

7. At said time and place, Defendant Sanchez was not a lawfully licensed driver and was not capable of safely operating the subject vehicle. Defendant Guiterrez either knew, or in the exercise of reasonable care should have known, that Defendant Sanchez was not a licensed and safe driver.

8. At said time and place, Defendant Sanchez was within the line and scope of his employment with Defendant Lowe's.

9. At said time and place, Defendant Lowe's was the motor carrier for the load Defendant Sanchez was in the process of hauling.

10. At the same time that Defendant Sanchez was headed south, Plaintiff Frankie Earl Rodgers was headed northbound on Highway 21.

11. As the two vehicles approached each other, Defendant Sanchez suddenly, without warning, turned left in front of Mr. Rodgers' vehicle. In doing so, Defendant Sanchez violated

Alabama law, Alabama's Rules of the Road, the Commercial Driver's License Manual, the Lowe's Employee Handbook, and additional rules, laws, policies and procedures to be found in discovery. Mr. Rodgers was unable to react in time because of Defendant Sanchez's misconduct and a violent collision occurred.

12. As a proximate consequence of the aforesaid wrongful conduct, Frankie Earl Rodgers was killed.

13. The wrongful conduct of the Defendants allows Plaintiff to recover a judgment for the wrongful death of Frankie Earl Rodgers.

**FIRST CAUSE OF ACTION**
**NEGLIGENCE AND WANTONNESS –**
**YSAAC ALEJANDRO BARRIOS SANCHEZ**

14. The above paragraphs are incorporated herein by reference.

15. Defendant Sanchez, negligently and/or wantonly operated Defendant Lowe's vehicle, while within the line and scope of his employment with Defendant Lowe's, by:

a) Failing to comply with Alabama's Rules of the Road;

b) Failing to exercise due care under the conditions;

c) Failing to keep a proper lookout;

d) Being distracted and not paying proper attention;

e) Failing to see what was there to be seen;

f) Failing to comply with *Code of Alabama* Section 32-5A-111; and

g) Violated other rules and regulations yet to be discovered in the course of this case.

16. As a proximate result of Defendant Sanchez's wrongful conduct, Frankie Earl Rodgers was wrongfully killed.

WHEREFORE, the above premises considered, Plaintiff claims all damages allowed under the Alabama Wrongful Death Act for the death of Frankie Earl Rodgers, plus costs of this action.

**SECOND CAUSE OF ACTION**
**RESPONDEAT SUPERIOR –**
**LOWE'S HOME CENTERS, LLC**

17. The above paragraphs are incorporated herein by reference.

18. This Cause of Action is based on Respondeat Superior in that at all times material hereto, Defendant Sanchez was an employee of Defendant Lowe's Home Centers, LLC and was acting within the line and scope of his employment with Defendant Lowe's.

19. Defendant Sanchez was an employee and/or agent of Defendant Lowe's at the aforesaid time and place. Therefore, Defendant Lowe's is liable for the negligent and/or wanton acts of Defendant Sanchez as set out above.

20. As a proximate result of the negligent and/or wanton acts and omissions described herein, Frankie Earl Rodgers was wrongfully killed.

WHEREFORE, the above premises considered, Plaintiff claims all damages allowed under the Alabama Wrongful Death Act for the death of Frankie Earl Rodgers, plus costs of this action.

**THIRD CAUSE OF ACTION**
**NEGLIGENT HIRING, SUPERVISION, RETENTION –**
**LOWE'S HOME CENTERS, LLC AND EDWARDO GUITERREZ**

21. The above paragraphs are incorporated herein by reference.

22. Defendant Lowe's is in the shipping and trucking business which requires the hauling of cargo by trucks on federal, state, and county roads and/or highways.

23. Defendants Lowe's and Guiterrez had a duty to Frankie Earl Rodgers and the motoring public to hire and use competent drivers. They were required to ensure that the drivers they used were properly licensed and capable of safely operating their vehicles. Part of this duty included running thorough background checks, verifying employment of potential drivers, and

ensuring that hired drivers were knowledgeable of Alabama law, Alabama's Rules of the Road, the policies, procedures and rules set forth in the Alabama Commercial Driver's License Manual and any applicable employee handbook.

24. Defendants Lowe's and Guiterrez had a duty to ensure the competency of their drivers by properly training and supervising all drivers operating vehicles in the line and scope of their employment with Lowe's.

25. Defendants Lowe's and Guiterrez negligently and/or wantonly hired, retained, failed to enforce, train, supervise, monitor, implement policies and procedures that would prevent Defendant Sanchez from driving Lowe's vehicle in a negligent and/or wanton manner.

26. The acts and/or omissions of Defendants Lowe's and Guiterrez constitute negligent and/or wanton hiring, retention, training, monitoring, and/or supervision.

27. Due to the failures of Defendants Lowe's and Guiterrez, the subject truck was being negligently and/or wantonly operated by Defendant Sanchez, an incompetent driver.

28. As a proximate result of the negligent and/or wanton acts and omissions described herein, Frankie Earl Rodgers was wrongfully killed.

WHEREFORE, the above premises considered, Plaintiff claims all damages allowed under the Alabama Wrongful Death Act for the death of Frankie Earl Rodgers, plus costs of this action.

Respectfully submitted,

*/s/ Jack Smalley III*

JACK SMALLEY III (SMA014)
EARLE W. LONG, IV (LON026)
N. STAPLES WOOD (WOO111)
*Attorneys for Plaintiff*

LONG & LONG, PC
3600 Springhill Memorial Drive N
Mobile, Alabama 36608
T: (251) 445-6000
F: (251) 445-0282
Trip@longandlong.com
Earle@longandlong.com
Staples@longandlong.com

*/s/ David F. Steele, Jr.*
DAVID F. STEELE, JR. (STE199)
*Attorney for Plaintiff*

STEELE ATTORNEYS, LLC
50 St. Emanuel Street
Mobile, Alabama 36602
T: (251) 575-4021
dfs@steeleattorneysllc.com

**PLAINTIFF RESPECTFULLY REQUESTS A TRIAL BY JURY**

*/s/ Jack Smalley III*
JACK SMALLEY III

**DEFENDANT TO BE SERVED VIA CERTIFIED MAIL BY THE CLERK AS FOLLOWS:**

**LOWE'S HOME CENTERS, LLC**
c/o Corporation Service Company, Inc.
641 South Lawrence Street
Montgomery, Alabama 36104

**DEFENDANTS TO BE SERVED VIA PRIVATE PROCESS SERVER AS FOLLOWS:**

**YSAAC ALEJANDRO BARRIOS SANCHEZ**
21450 County Road 12S, Apt. #406
Foley, Alabama 36535

**EDWARDO GUITERREZ**
21450 County Road 12S, Apt. #406
Foley, Alabama 36535

**DISCOVERY TO BE SERVED WITH THE COMPLAINT**

ELECTRONICALLY FILED
11/7/2024 5:34 PM
51-CV-2024-900144.00
CIRCUIT COURT OF
MONROE COUNTY, ALABAMA
WESLEY HINES, CLERK

**IN THE CIRCUIT COURT OF MONROE COUNTY, ALABAMA**

| | | |
|---|---|---|
| **ROBYN SMITH RODGERS, AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF FRANKIE EARL RODGERS, DECEASED;** | * | |
| | * | **CIVIL ACTION NO.** |
| **Plaintiff,** | * | |
| | * | **CV-2024 -__________** |
| **v.** | * | |
| | * | **TO BE SERVED WITH THE COMPLAINT** |
| **LOWE'S HOME CENTERS, LLC; YSAAC ALEJANDRO BARRIOS SANCHEZ; EDWARDO GUITERREZ; and FICTITIOUS PARTIES A through Z, whether singular or plural, are those persons, firms, corporations, partnerships, or other entities responsible for the harms and losses of the Plaintiff; all of whose names and true legal identities are otherwise unknown at this time but who will be added by amendment when ascertained, jointly and severally;** | * | |
| | * | |
| **Defendants.** | * | |

**PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT LOWE'S HOME CENTERS, LLC**

COMES NOW the Plaintiff, by and through undersigned counsel, and pursuant to the *Alabama Rules of Civil Procedure*, requests Defendant **LOWE'S HOME CENTERS, LLC** answer each of the following Interrogatories under oath, in writing, separately, in the fullest detail possible, and in accordance with the definitions and instructions set forth below, the answers shall be signed by the person making them, and a copy of your answers, together with your objections, if any, shall be served no later than forty-five (45) days after service of these Discovery Requests.

**INSTRUCTIONS**

You are under a duty to seasonably supplement your response with respect to any interrogatory directly addressed to (1) the identity and location of persons having knowledge of

discoverable matters, and (2) the identity of each person expected to be called as an expert witness at trial, the subject matter on which he is expected to testify, and the substance of his testimony. In addition, you are under a duty to amend a prior response if you obtain information on the basis of which you know that the response was incorrect when made, or that the response, though correct when made, is no longer true, and the circumstances are such that a failure to amend the response is, in substance, a knowing concealment.

## DEFINITIONS

Unless otherwise indicated the following definitions shall be applicable to these Interrogatories:

"You" and "your" shall mean the Defendant and each of its attorneys, employees, agents, or representatives, and all other persons acting on Defendant's behalf.

"Person" shall mean any individual, partnership, firm, association, corporation or other business, governmental or legal entity.

"Document" shall mean any written, recorded, transcribed, punched, taped, filmed, or graphic matter of any kind or description, however produced and reproduced.

"Identify" and "identification", when used with reference to a document, shall mean to state its date, author or signor, addressee, type of document and all other means of identifying it, and its present or last known location or custodian. If any document was but is no longer in your possession, custody or control state what disposition was made of it and the reason for its disposition.

## I.

## INTERROGATORIES

1. State the name, address, and job title of the person answering these Interrogatories, and state if the Defendant, as named in the Complaint, is the correct legal name of the Defendant.

If not, please state the correct legal name of this Defendant.

**ANSWER:**

2. Do you have liability insurance of any type (including excess and/or umbrella insurance) that may conceivably provide coverage relative to the allegations and events described in the Complaint? If so, please produce complete copies of all such insurance policies, including any and all references to policy limits.

**ANSWER:**

3. Do you have any self-insured retention relative to any insurance identified in your response(s) to these discovery requests? If so, please state the amount.

**ANSWER:**

4. Please identify each expert witness you intend to call at trial by providing the following information and/or producing the following materials:

a. State the substance of the facts and opinions to which the expert is expected to testify;
b. State the substance of the facts and opinions upon which the expert may rely in providing his or her opinions;
c. Describe the expert's qualifications, including but not limited to the expert's field of expertise, education, employment history, and teaching or instructional experience;
d. Please identify all publications written or edited by the expert;
e. State the matters for which the expert has been retained to testify in the last five years, including the identity of the individual who retained the expert, the style of the case, the court in which the case was pending, and the identity of all other attorneys involved in the case;
f. State whether the expert has prepared an oral or written report of the expert's findings and/or conclusions;
g. Produce a current resume or curriculum vitae for the expert; and
h. Produce all documents the expert has reviewed, analyzed, relied upon, or considered in this case.

**ANSWER:**

5. Please identify all persons known to this Defendant to have any knowledge

concerning the facts or circumstances surrounding the incident made the basis of this lawsuit, by providing the following information:

a. First, last and middle legal name;
b. Affiliation with this Defendant;
c. Job title or capacity;
d. Address and telephone number; and
e. General substance of person's knowledge.

**ANSWER:**

6. Please identify all representatives of this Defendant (including any employees, agents, servants or representatives) who claim to have any knowledge of the circumstances surrounding the incident in question and/or responded to the scene of the subject crash <u>at any time</u>. **<u>NOTE</u>**: For each such individual identified, this interrogatory specifically requests the full name, last known address, last known telephone number, and all dates of employment with this Defendant.

**ANSWER:**

7. Please state the following with respect to Defendant Sanchez's employment with your company as of the date of the wreck at issue herein:

a. The name of the business entity who employed him/her;
b. His/her date of hire;
c. All titles or positions he/she held and the associated date range(s);
d. His/her specific duties and responsibilities; and
e. His/her supervisor.

**ANSWER:**

8. Please identify, to the extent applicable, the owner of the following as of the date of the crash at issue herein:

1. The <u>vehicle</u> being operated by Defendant Sanchez;
2. The <u>trailer</u> being operated by Defendant Sanchez; and
3. The <u>load</u> that was being transported by Defendant Sanchez.

**ANSWER:**

9. State specifically and in detail your understanding of exactly how the incident referred to in Plaintiff's Complaint occurred, including; without limitation, the speed of the parties' vehicles preceding and at the time of impact.

**ANSWER:**

10. State in detail the purpose of the trip Defendant Sanchez was making at the time of the incident made the basis of this suit. Include in your response the driver's point of origin, his intended destination, and all stops at any intermediate points prior to the occurrence in question, including initial departure time, and arrival times of all intermediate stops prior to the occurrence in question.

**ANSWER:**

11. Do you contend that the act or acts of any party other than the Defendants in any way caused and/or contributed to the incident made the basis of this suit? If so, please state the full name and last known address of such other party and describe in detail the act or acts of such other party which you contend caused and/or contributed to the incident made the basis of this suit.

**ANSWER:**

12. Please identify the complete cell phone number, name on the account, and service provider of each and every cell phone that Defendant Sanchez had in his possession at the time of the incident made the basis of this suit.

**ANSWER:**

13. Please identify each and every communication device of any type whatsoever that Defendant Sanchez had in his possession or was otherwise in the vehicle at the time of the crash made the basis of this suit.

**ANSWER:**

14. Please identify any and all third-parties that this Defendant (or anyone else) hired at any time to perform service, maintenance and repair work for the vehicle being operated by Defendant Sanchez for this Defendant at the time of the subject crash. Please identify and list all service, maintenance and repair work for the subject vehicle from January 1, 2024, to present.

**ANSWER:**

15. Did this Defendant have any video recording devices (i.e. dash cams) and/or driver cams that were recording Defendant Sanchez and/or his vehicle at any time on the date of the subject crash? If so, please produce such recordings.

**ANSWER:**

16. Please list every medical provider from whom Defendant Sanchez has sought medical treatment for injuries caused by the crash described in Plaintiff's Complaint.

**ANSWER:**

17. Has Defendant Sanchez filed a workers' compensation claim against this Defendant relating in any way to the crash described in Plaintiff's Complaint.

**ANSWER:**

18. Has this Defendant undertaken any remedial measures as a result of the incident described in Plaintiff's Complaint? If so, please:

a. Describe in detail what measures were undertaken;
b. Identify the person(s) responsible for implementing the measures; and
c. State the purpose and/or rationale for implementing the measures.

**ANSWER:**

19. Have any claims of any type or kind (including but not limited to insurance claims, complaints, lawsuits, and/or direct claims) been made known to you or been brought to your

attention during the period from January 1, 2019, to present, arising from allegations that one of this Defendant's drivers caused a crash and/or otherwise injured a person and/or damaged a vehicle in any way whatsoever? If so, please identify the date, time, location, driver (by name and last known address), and general circumstances for each such claim.

**ANSWER:**

20. For any affirmative defenses asserted, provide the factual and legal reasoning, basis, underpinning, etc. for such defenses.

**ANSWER:**

21. Please specify all known traffic violations, tickets, citations, warnings, reprimands and disciplinary action pertaining to the driver involved in the wreck at issue in this complaint at any time within five (5) years prior to the collision. If your driver was suspended, disciplined or terminated, please provide details of the suspension, discipline or termination, including dates and reason(s). Please produce all documents concerning such.

**ANSWER:**

22. Describe in detail the method of calculating the pay, compensation, wages, salary, bonus, or commission of your driver of the truck involved in the collision during the calendar year of the subject collision.

**ANSWER:**

23. If Lowe's tracked the speed, location, or position of the subject driver or the truck and/or was equipped with a position tracking or communication device, please identify the device and the custodian of the data obtained or transmitted by the device for a period of one (1) months before and after the date of the collision.

**ANSWER:**

## II.

## REQUESTS FOR PRODUCTION

1. Please produce complete copies of any policies of liability insurance of any type (including excess and/or umbrella insurance) that may conceivably provide coverage relative to the allegations and events described in the Complaint. Please ensure that the produced policies include the applicable policy limits.

**RESPONSE:**

2. Please produce all documents that this Defendant receives in response to all non-party subpoenas issued by this Defendant in this case. **NOTE:** Please consider this request ongoing in nature and subject to the supplementing requirements detailed in the *Ala. R. Civ. P.*

**RESPONSE:**

3. Please produce all incident reports and/or accident reports generated, created and/or obtained by this Defendant that relate in any way to the subject crash at issue herein.

**RESPONSE:**

4. Please produce color copies of all photographs and/or video recordings that are in this Defendant's possession (including the constructive possession of employees, agents, or representatives of this Defendant), and that reflect: (i) the subject wreck, (ii) the scene of the subject crash; **and/or** (iii) any of the vehicles involved in the crash.

**RESPONSE:**

5. Please produce all training materials of any type whatsoever provided by this Defendant to Defendant Sanchez at any time during his employment.

**RESPONSE:**

6. Please produce the entire training file and complete personnel file of Defendant Sanchez as it relates to his employment with this Defendant.

**RESPONSE:**

7. Please produce true and complete copies of Defendant Sanchez's Driver Logs for the six (6) months prior to, and the month following, the subject wreck at issue herein.

**RESPONSE:**

8. Please produce any and all documents that relate in any way whatsoever to **any** drug-testing and/or alcohol-testing that was performed on Defendant Sanchez at any time during his employment with this Defendant.

**RESPONSE:**

9. Please produce all documents of any type whatsoever that reflect, refer and/or relate to **the load** that Defendant Sanchez was transporting at the time of the subject crash.

**RESPONSE:**

10. Please produce all indemnification agreements to which this Defendant is a party (or which relate to this Defendant in any way) with respect to the claims alleged in Plaintiff's Complaint.

**RESPONSE:**

11. Please produce a complete copy of your policies and/or procedures relating to the safe operation of vehicles, as they existed on the date of the subject crash at issue herein.

**RESPONSE:**

12. Please produce all documents generated, created, and or used by this Defendant to train its employees at any time during the 5 years prior to the date of the subject crash at issue herein, and that consist of and/or refer to in any way rules, policies, procedures and/or guidelines relevant to safety measures of any type whatsoever.

**RESPONSE:**

13. Please produce all documents generated by, created by, used by and/or otherwise in the possession of this Defendant as of the date of the subject crash at issue herein, and that refer in any way to potential hazards posed by distracted driving, drunk driving, texting while driving, using the phone/radio while driving (or similar communication devices), etc.

**RESPONSE:**

14. Please produce the entire service, maintenance and repair file for the vehicle being operated by Defendant Sanchez for this Defendant at the time of the subject crash.

**RESPONSE:**

15. Please produce the results, printouts, information and/or documents of any computer data obtained from this Defendant's vehicle that was involved in the crash described in Plaintiff's Complaint, and that relates to data recordings made at any point from 30 minutes prior to the crash to 5 minutes after the impact. **NOTE:** This request specifically includes such information and materials from any electronic control device (ECD), electronic data recorder (EDR), onboard electronic devices, any GPS systems, any remote tracking devices, any remote computer systems and/or any software system.

**RESPONSE:**

16. Please produce a complete copy of all training videos, training DVDs, and computer-based training modules that this Defendant used to train its drivers and/or otherwise impart safety information to its drivers at any point from January 1, 2019, to present.

**RESPONSE:**

17. With regard to Interrogatory No. 18, above, please produce the following:

a. Produce all documents of any kind whatsoever relating to the remedial measures; and
b. Produce all photographs of any kind whatsoever relating to the remedial measures.

**RESPONSE:**

18. With regard to Interrogatory No. 19, above, please produce the following:

a. Produce all incident reports generated, created, and/or obtained by this Defendant (including employees, agents, or representatives of this Defendant) that relate to each such claim; and

b. Produce all documents of any type and/or kind that relate to each such claim.

**RESPONSE:**

19. Please produce any and all evidence of calls and/or communications between Lowe's and your driver and/or occupants of the subject truck on the day before, the day of, and the day after the subject collision.

**RESPONSE:**

Respectfully submitted,

/s/ Jack Smalley III

JACK SMALLEY III (SMA014)
EARLE W. LONG, IV (LON026)
N. STAPLES WOOD (WOO111)
*Attorneys for Plaintiff*

LONG & LONG, PC
3600 Springhill Memorial Drive N
Mobile, Alabama 36608
T: (251) 445-6000
F: (251) 445-0282
Trip@longandlong.com
Earle@longandlong.com
Staples@longandlong.com

/s/ David F. Steele, Jr.

DAVID F. STEELE, JR. (STE199)
*Attorney for Plaintiff*

STEELE ATTORNEYS, LLC
50 St. Emanuel Street
Mobile, Alabama 36602
T: (251) 575-4021
dfs@steeleattorneysllc.com

**TO BE SERVED WITH THE COMPLAINT**

ELECTRONICALLY FILED
11/7/2024 5:34 PM
51-CV-2024-900144.00
CIRCUIT COURT OF
MONROE COUNTY, ALABAMA
WESLEY HINES, CLERK

**IN THE CIRCUIT COURT OF MONROE COUNTY, ALABAMA**

| | | |
|---|---|---|
| **ROBYN SMITH RODGERS, AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF FRANKIE EARL RODGERS, DECEASED;** | * | |
| **Plaintiff,** | * | **CIVIL ACTION NO.** |
| | * | **CV-2024 -____________** |
| **v.** | * | |
| | * | **TO BE SERVED WITH THE COMPLAINT** |
| **LOWE'S HOME CENTERS, LLC; YSAAC ALEJANDRO BARRIOS SANCHEZ; EDWARDO GUITERREZ; and FICTITIOUS PARTIES A through Z, whether singular or plural, are those persons, firms, corporations, partnerships, or other entities responsible for the harms and losses of the Plaintiff; all of whose names and true legal identities are otherwise unknown at this time but who will be added by amendment when ascertained, jointly and severally;** | * | |
| **Defendants.** | * | |

**PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT YSAAC ALEJANDRO BARRIOS SANCHEZ**

COMES NOW the Plaintiff, by and through undersigned counsel, and pursuant to the *Alabama Rules of Civil Procedure*, requests that Defendant **YSAAC ALEJANDRO BARRIOS SANCHEZ** answer each of the following Requests under oath, in writing, separately, in the fullest detail possible, and in accordance with the definitions and instructions set forth below, the answers shall be signed by the person making them, and a copy of your answers, together with your objections, if any, shall be served no later than forty-five (45) days after service of these Interrogatories.

## INSTRUCTIONS

You are under a duty to seasonably supplement your response with respect to any interrogatory directly addressed to (1) the identity and location of persons having knowledge of discoverable matters, and (2) the identity of each person expected to be called as an expert witness at trial, the subject matter on which he is expected to testify, and the substance of his testimony. In addition, you are under a duty to amend a prior response if you obtain information on the basis of which you know that the response was incorrect when made, or that the response, though correct when made, is no longer true, and the circumstances are such that a failure to amend the response is, in substance, a knowing concealment.

## DEFINITIONS

Unless otherwise indicated the following definitions shall be applicable to these Interrogatories:

"You" and "your" shall mean the Defendant and each of its attorneys, employees, agents, or representatives, and all other persons acting on Defendant's behalf.

"Person" shall mean any individual, partnership, firm, association, corporation or other business, governmental or legal entity.

"Document" shall mean any written, recorded, transcribed, punched, taped, filmed, or graphic matter of any kind or description, however produced and reproduced.

"Identify" and "identification", when used with reference to a document, shall mean to state its date, author or signor, addressee, type of document and all other means of identifying it, and its present or last known location or custodian. If any document was but is no longer in your possession, custody or control state what disposition was made of it and the reason for its disposition.

## I.

## INTERROGATORIES

1. State your full name, address, and date of birth.

**ANSWER:**

2. Please provide your full employment history for the previous five (5) years, including:

   a. The name of the business entity who employed you;
   b. Your date of hire;
   c. Your date of termination and the reason therefor;
   d. All titles or positions held and the associated date range(s); and
   e. Your specific duties, responsibilities and supervisor.

**ANSWER:**

3. Please identify the owner of the vehicle you were driving at the time of the wreck forming the basis of this Complaint.

**ANSWER:**

4. Please identify all repairs or alterations that were made to the vehicle you were operating at the time of the incident made the basis of this suit for the three (3) years preceding the incident to present. Please specifically identify any repairs or alterations made to fix damage to the vehicle sustained in the subject wreck.

**ANSWER:**

5. Please identify all stores, shops, repair departments, etc. that either repaired, worked on, altered, and/or had any involvement, whatsoever, with the vehicle you were operating at the time of the incident made the basis of this suit for the three (3) years preceding the incident to date, as well as any repairs or alterations made to fix damage to the vehicle sustained in the subject wreck. Please include in your response what repairs were made at each particular store.

**ANSWER:**

6. State specifically and in detail your understanding of exactly how the incident referred to in Plaintiff's Complaint occurred, including; without limitation, the speed and location of your vehicle preceding and at the time of impact.

**ANSWER:**

7. State if you were within the line and scope of your employment at the time of the wreck. If yes, please state the correct legal name of your employer at the time.

**ANSWER:**

8. State in detail the purpose of the trip you were making at the time of the incident made the basis of this suit.

**ANSWER:**

9. Please give a detailed description of your activities during the twenty-four (24) hour period prior to this wreck.

**ANSWER:**

10. If you consumed any alcohol, medications, and/or drugs during the twenty-four (24) hours prior to the subject wreck, please state with specificity the amount and type of each, how long before the wreck you consumed each, and where you purchased each. Please provide all receipts, bank statements, and credit card statements reflecting the same.

**ANSWER:**

11. Do you contend that the act or acts of any party other than yourself in any way caused and/or contributed to the incident made the basis of this suit? If so, please state the full name and last known address of such other party and describe in detail the act or acts of such other party which you contend caused or contributed to the incident made the basis of this suit.

**ANSWER:**

12. Please identify all persons known to you to have <u>any knowledge</u> concerning the facts or circumstances surrounding the incident made the basis of this lawsuit, including (but not limited to) any eyewitnesses, by providing the following information:

a. Full legal name;
b. Affiliation with the Defendants (if any);
c. Job title or capacity;
d. Address and telephone number; and
e. General substance of person's knowledge.

**ANSWER:**

13. Please identify the cell phone number, name on the account, and service provider of each and every cell phone that you had in your possession at the time of the incident made the basis of this suit.

**ANSWER:**

14. Please list every medical provider from whom you have sought medical treatment because of the crash described in Plaintiff's Complaint.

**ANSWER:**

15. For each expert witness you intend to call at trial, please provide the following information and/or produce the following materials:

a. State the substance of the facts and opinions to which the expert is expected to testify;
b. State the substance of the facts and opinions upon which the expert may rely in providing his or her opinions;
c. Describe the expert's qualifications, including but not limited to the expert's field of expertise, education, employment history, and teaching or instructional experience;
d. Please identify all publications written or edited by the expert;
e. State the matters for which the expert has been retained to testify in the last five years, including the identity of the individual who retained the expert, the style of the case, the court in which the case was pending, and the identity of all other attorneys involved in the case;
f. State whether the expert has prepared an oral or written report of the expert's findings and/or conclusions;

g. Produce a current resume or curriculum vitae for the expert; and
h. Produce all documents the expert has reviewed, analyzed, relied upon, or considered in this case.

**ANSWER:**

16. For any affirmative defenses asserted, provide the factual and legal reasoning, basis, underpinning, etc. for such defenses.

**ANSWER:**

## II.
## REQUESTS FOR PRODUCTION

1. Please produce complete copies of any policies of liability insurance of any type (including excess and/or umbrella insurance) that may conceivably provide coverage relative to the allegations and events described in the Complaint. Please ensure that the produced policies include the applicable policy limits.

**RESPONSE:**

2. Please produce color copies of all photographs and/or video recordings that are in your possession (including the constructive possession of your employees, agents, or representatives), and that reflect: (i) the scene of the subject crash as it existed at any time before or after the date of the wreck at issue herein; **and/or** (ii) any of the vehicles involved in the crash at any time before or after the date of the wreck at issue herein.

**RESPONSE:**

3. Please produce all documents relating to the ownership of the vehicle you were operating at the time of the incident made the basis of this suit.

**RESPONSE:**

4. Please produce all invoices, repairs, estimates, or any other document relating to or regarding any and all repairs or alterations that were made to the vehicle you were operating at the

time of the incident made the basis of this suit for the three (3) years preceding the incident, as well as any repairs made to fix damage the vehicle sustained in the wreck.

**RESPONSE:**

5. For any cell phone in your possession identified in Response to Interrogatory No. 13, above, please produce the billing records for the 24 hours before and after the wreck forming the basis of this suit. Please ensure these billing records include a listing of all texts, emails, and internet usage for said time period.

**RESPONSE:**

6. Please produce a color copy of all of your driver licenses.

**RESPONSE:**

7. Please produce all documents that this Defendant receives in response to all non-party subpoenas issued by them in this case. **NOTE:** Please consider this request ongoing in nature and subject to the requirements to supplement found in Rule 26, *Ala. R. Civ. P.*

**RESPONSE:**

8. Please produce any and all video recordings that are in your possession from any video recording devices (i.e. dash cams) and/or driver cams that were recording you or your vehicle at any time on the date of the subject crash?

**RESPONSE:**

Respectfully submitted,

*/s/ Jack Smalley III*
JACK SMALLEY III (SMA014)
EARLE W. LONG, IV (LON026)
N. STAPLES WOOD (WOO111)
*Attorneys for Plaintiff*

LONG & LONG, PC
3600 Springhill Memorial Drive N
Mobile, Alabama 36608
T: (251) 445-6000
F: (251) 445-0282
Trip@longandlong.com
Earle@longandlong.com
Staples@longandlong.com

*/s/ David F. Steele, Jr.*
DAVID F. STEELE, JR. (STE199)
*Attorney for Plaintiff*

STEELE ATTORNEYS, LLC
50 St. Emanuel Street
Mobile, Alabama 36602
T: (251) 575-4021
dfs@steeleattorneysllc.com

**TO BE SERVED WITH THE COMPLAINT**

ELECTRONICALLY FILED
11/7/2024 5:34 PM
51-CV-2024-900144.00
CIRCUIT COURT OF
MONROE COUNTY, ALABAMA
WESLEY HINES, CLERK

**IN THE CIRCUIT COURT OF MONROE COUNTY, ALABAMA**

| | | |
|---|---|---|
| **ROBYN SMITH RODGERS, AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF FRANKIE EARL RODGERS, DECEASED;** | * | |
| **Plaintiff,** | * | **CIVIL ACTION NO.** |
| | * | **CV-2024 -____________** |
| **v.** | * | |
| | * | **TO BE SERVED WITH THE COMPLAINT** |
| **LOWE'S HOME CENTERS, LLC; YSAAC ALEJANDRO BARRIOS SANCHEZ; EDWARDO GUITERREZ; and FICTITIOUS PARTIES A through Z, whether singular or plural, are those persons, firms, corporations, partnerships, or other entities responsible for the harms and losses of the Plaintiff; all of whose names and true legal identities are otherwise unknown at this time but who will be added by amendment when ascertained, jointly and severally;** | * | |
| **Defendants.** | * | |

**PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT EDWARDO GUITERREZ**

COMES NOW the Plaintiff, by and through undersigned counsel, and pursuant to the *Alabama Rules of Civil Procedure*, requests that Defendant **EDWARDO GUITERREZ** answer each of the following Requests under oath, in writing, separately, in the fullest detail possible, and in accordance with the definitions and instructions set forth below, the answers shall be signed by the person making them, and a copy of your answers, together with your objections, if any, shall be served no later than forty-five (45) days after service of these Interrogatories.

**INSTRUCTIONS**

You are under a duty to seasonably supplement your response with respect to any interrogatory directly addressed to (1) the identity and location of persons having knowledge of

discoverable matters, and (2) the identity of each person expected to be called as an expert witness at trial, the subject matter on which he is expected to testify, and the substance of his testimony. In addition, you are under a duty to amend a prior response if you obtain information on the basis of which you know that the response was incorrect when made, or that the response, though correct when made, is no longer true, and the circumstances are such that a failure to amend the response is, in substance, a knowing concealment.

## DEFINITIONS

Unless otherwise indicated the following definitions shall be applicable to these Interrogatories:

"You" and "your" shall mean the Defendant and each of its attorneys, employees, agents, or representatives, and all other persons acting on Defendant's behalf.

"Person" shall mean any individual, partnership, firm, association, corporation or other business, governmental or legal entity.

"Document" shall mean any written, recorded, transcribed, punched, taped, filmed, or graphic matter of any kind or description, however produced and reproduced.

"Identify" and "identification", when used with reference to a document, shall mean to state its date, author or signor, addressee, type of document and all other means of identifying it, and its present or last known location or custodian. If any document was but is no longer in your possession, custody or control state what disposition was made of it and the reason for its disposition.

## I.
## INTERROGATORIES

1. State your full name, address, and date of birth.

**ANSWER:**

2. Please provide your full employment history for the previous five (5) years, including:

a. The name of the business entity who employed you;
b. Your date of hire;
c. Your date of termination and the reason therefor;
d. All titles or positions held and the associated date range(s); and
e. Your specific duties, responsibilities and supervisor.

**ANSWER:**

3. Please identify the owner of the vehicle Defendant Sanchez was driving at the time of the wreck forming the basis of this Complaint.

**ANSWER:**

4. Please describe in detail your relationship to Defendant Lowe's and Defendant Sanchez.

**ANSWER:**

5. Please identify all persons known to you that have any knowledge concerning the facts or circumstances surrounding the incident made the basis of this lawsuit, by providing their full name, job title, address and telephone number, and general substance of the person's knowledge.

**ANSWER:**

6. State specifically and in detail your understanding of exactly how the incident referred to in Plaintiff's Complaint occurred, including; without limitation, the speed and location of Defendant Sanchez's vehicle preceding and at the time of impact.

**ANSWER:**

7. State in detail the purpose of the trip Defendant Sanchez was making at the time of the incident made the basis of this suit. Include in your response the driver's point of origin, his

intended destination, and all stops at any intermediate points prior to the occurrence in question, including initial departure time, and arrival times of all intermediate stops prior to the occurrence in question.

**ANSWER:**

8. Do you contend that the act or acts of any party other than the Defendants in any way caused and/or contributed to the incident made the basis of this suit? If so, please state the full name and last known address of such other party and describe in detail the act or acts of such other party which you contend caused or contributed to the incident made the basis of this suit.

**ANSWER:**

9. Please identify the cell phone number, name on the account, and service provider of each and every cell phone that you had in your possession at the time of the incident made the basis of this suit.

**ANSWER:**

10. For each expert witness you intend to call at trial, please provide the following information and/or produce the following materials:

a. State the substance of the facts and opinions to which the expert is expected to testify;
b. State the substance of the facts and opinions upon which the expert may rely in providing his or her opinions;
c. Describe the expert's qualifications, including but not limited to the expert's field of expertise, education, employment history, and teaching or instructional experience;
d. Please identify all publications written or edited by the expert;
e. State the matters for which the expert has been retained to testify in the last five years, including the identity of the individual who retained the expert, the style of the case, the court in which the case was pending, and the identity of all other attorneys involved in the case;
f. State whether the expert has prepared an oral or written report of the expert's findings and/or conclusions;
g. Produce a current resume or curriculum vitae for the expert; and
h. Produce all documents the expert has reviewed, analyzed, relied upon, or

considered in this case.

**ANSWER:**

11. For any affirmative defenses asserted, provide the factual and legal reasoning, basis, underpinning, etc. for such defenses.

**ANSWER:**

**II.**

**REQUESTS FOR PRODUCTION**

1. Please produce complete copies of any policies of liability insurance of any type (including excess and/or umbrella insurance) that may conceivably provide coverage relative to the allegations and events described in the Complaint. Please ensure that the produced policies include the applicable policy limits.

**RESPONSE:**

2. Please produce color copies of all photographs and/or video recordings that are in your possession (including the constructive possession of your employees, agents, or representatives), and that reflect: (i) the wreck, (ii) the scene of the subject crash as it existed at any time before or after the date of the wreck at issue herein; **and/or** (iii) any of the vehicles involved in the crash at any time before or after the date of the wreck at issue herein.

**RESPONSE:**

3. Please produce all documents relating to the ownership of the vehicle Defendant Sanchez was operating at the time of the incident made the basis of this suit.

**RESPONSE:**

4. Please produce all invoices, repairs, estimates, or any other document relating to or regarding any and all repairs or alterations that were made to the vehicle Defendant Sanchez was operating at the time of the incident made the basis of this suit for the three (3) years preceding the

incident, as well as any repairs made to fix damage the vehicle sustained in the wreck.

**RESPONSE:**

5. For any cell phone in your possession identified in Response to Interrogatory No. 13, above, please produce the billing records for the 24 hours before and after the wreck forming the basis of this suit. Please ensure these billing records include a listing of all texts, emails, and internet usage for said time period.

**RESPONSE:**

6. Please produce all documents that this Defendant receives in response to all non-party subpoenas issued by them in this case. **NOTE:** Please consider this request ongoing in nature and subject to the requirements to supplement found in Rule 26, *Ala. R. Civ. P.*

**RESPONSE:**

7. Please produce any and all video recordings that are in your possession from any video recording devices (i.e. dash cams) and/or driver cams that were recording Defendant Sanchez or Defendant Sanchez's vehicle at any time on the date of the subject crash.

**RESPONSE:**

Respectfully submitted,

*/s/ Jack Smalley III*
JACK SMALLEY III (SMA014)
EARLE W. LONG, IV (LON026)
N. STAPLES WOOD (WOO111)
*Attorneys for Plaintiff*

LONG & LONG, PC
3600 Springhill Memorial Drive N
Mobile, Alabama 36608
T: (251) 445-6000
F: (251) 445-0282
Trip@longandlong.com
Earle@longandlong.com
Staples@longandlong.com

*/s/ David F. Steele, Jr.*
DAVID F. STEELE, JR. (STE199)
*Attorney for Plaintiff*

STEELE ATTORNEYS, LLC
50 St. Emanuel Street
Mobile, Alabama 36602
T: (251) 575-4021
dfs@steeleattorneysllc.com

**TO BE SERVED WITH THE COMPLAINT**

AlaFile E-Notice

51-CV-2024-900144.00

To: JACK SMALLEY III
trip@longandlong.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MONROE COUNTY, ALABAMA

ROBYN SMITH RODGERS, AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF F
51-CV-2024-900144.00

The following complaint was FILED on 11/7/2024 5:34:03 PM

Notice Date: 11/7/2024 5:34:03 PM

WESLEY HINES
CIRCUIT COURT CLERK
MONROE COUNTY, ALABAMA
COURTHOUSE SQUARE
MONROEVILLE, AL, 36461

251-743-2283
wesley.hines@alacourt.gov

AlaFile E-Notice

51-CV-2024-900144.00

To: YSAAC ALEJANDRO BARRIOS SANCHEZ
214 COUNTY ROAD 12S
APT. #406
FOLEY, AL, 36535

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MONROE COUNTY, ALABAMA

ROBYN SMITH RODGERS, AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF F
51-CV-2024-900144.00

The following complaint was FILED on 11/7/2024 5:34:03 PM

Notice Date: 11/7/2024 5:34:03 PM

WESLEY HINES
CIRCUIT COURT CLERK
MONROE COUNTY, ALABAMA
COURTHOUSE SQUARE
MONROEVILLE, AL, 36461

251-743-2283
wesley.hines@alacourt.gov

AlaFile E-Notice

51-CV-2024-900144.00

To: EDWARDO GUITERREZ
21450 COUNTY ROAD 12S
APT. #406
FOLEY, AL, 36535

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MONROE COUNTY, ALABAMA

ROBYN SMITH RODGERS, AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF F
51-CV-2024-900144.00

The following complaint was FILED on 11/7/2024 5:34:03 PM

Notice Date: 11/7/2024 5:34:03 PM

WESLEY HINES
CIRCUIT COURT CLERK
MONROE COUNTY, ALABAMA
COURTHOUSE SQUARE
MONROEVILLE, AL, 36461

251-743-2283
wesley.hines@alacourt.gov

UNIFIED JUDICIAL SYSTEM
TENNESSEE MISSISSIPPI GEORGIA FLORIDA
A.D. 1973
STATE OF ALABAMA

AlaFile E-Notice

51-CV-2024-900144.00

To: LOWE'S HOME CENTERS, LLC
C/O CSC, INC.
641 S LAWRENCE STREET
MONTGOMERY, AL, 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MONROE COUNTY, ALABAMA

ROBYN SMITH RODGERS, AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF F
51-CV-2024-900144.00

The following complaint was FILED on 11/7/2024 5:34:03 PM

Notice Date: 11/7/2024 5:34:03 PM

WESLEY HINES
CIRCUIT COURT CLERK
MONROE COUNTY, ALABAMA
COURTHOUSE SQUARE
MONROEVILLE, AL, 36461

251-743-2283
wesley.hines@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34 Rev. 7/2023 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>51-CV-2024-900144.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MONROE COUNTY, ALABAMA**
**ROBYN SMITH RODGERS, AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF F**

**NOTICE TO:** YSAAC ALEJANDRO BARRIOS SANCHEZ, 214 COUNTY ROAD 12S APT. #406, FOLEY, AL 36535
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
JACK SMALLEY III ,
*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 3600 Springhill Memorial Drive N, MOBILE, AL 36608 .
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request below of ________ *[Name(s)]* pursuant to the Alabama Rules of the Civil Procedure.

11/07/2024 *(Date)* /s/ WESLEY HINES *(Signature of Clerk)* By: ________ *(Name)*

☐ Certified Mail is hereby requested. ________ *(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

*Certified Mail*

☐ Return receipt of certified mail received in this office on ________ *(Date)*.

*Personal/Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to ________ *(First and Last Name of Person Served)* in ________ *(Name of County)* County, Alabama on ________ *(Date)*.

Document left:
- ☐ with above-named Defendant;
- ☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;
- ☐ at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was refused by ________ *(First and Last Name of Person Served)* in ________ *(Name of County)* County, Alabama on ________ *(Date)* who is:
- ☐ the above-named Defendant;
- ☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

*(Type of Process Server)* *(Server's Signature)* *(Address of Server)*

*(Badge or Precinct Number of Sheriff or Constable)* *(Server's Printed Name)*

*(Badge or Precinct Number of Sheriff or Constable)* *(Telephone Number of Designated Process Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34 Rev. 7/2023 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>51-CV-2024-900144.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MONROE COUNTY, ALABAMA**
**ROBYN SMITH RODGERS, AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF F**

**NOTICE TO:** EDWARDO GUITERREZ, 21450 COUNTY ROAD 12S APT. #406, FOLEY, AL 36535
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
JACK SMALLEY III ,
*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 3600 Springhill Memorial Drive N, MOBILE, AL 36608 .
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request below of ______ *[Name(s)]* pursuant to the Alabama Rules of the Civil Procedure.

11/07/2024 *(Date)*    /s/ WESLEY HINES *(Signature of Clerk)*    By: ______ *(Name)*

☐ Certified Mail is hereby requested. ______ *(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

*Certified Mail*

☐ Return receipt of certified mail received in this office on ______ *(Date)*.

*Personal/Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to ______ *(First and Last Name of Person Served)* in ______ *(Name of County)* County, Alabama on ______ *(Date)*.

Document left:

☐ with above-named Defendant;
☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;
☐ at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was refused by ______ *(First and Last Name of Person Served)* in ______ *(Name of County)* County, Alabama on ______ *(Date)* who is:

☐ the above-named Defendant;
☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

| | | |
|---|---|---|
| *(Type of Process Server)* | *(Server's Signature)* | *(Address of Server)* |
| *(Badge or Precinct Number of Sheriff or Constable)* | *(Server's Printed Name)* | |
| *(Badge or Precinct Number of Sheriff or Constable)* | *(Telephone Number of Designated Process Server)* | |

State of Alabama
Unified Judicial System
Form C-34 Rev. 7/2023

# SUMMONS
# - CIVIL -

Court Case Number
51-CV-2024-900144.00

**IN THE CIRCUIT COURT OF MONROE COUNTY, ALABAMA**
**ROBYN SMITH RODGERS, AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF F**

**NOTICE TO:** LOWE'S HOME CENTERS, LLC, C/O CSC, INC. 641 S LAWRENCE STREET, MONTGOMERY, AL 36104
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
JACK SMALLEY III ,
*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 3600 Springhill Memorial Drive N, MOBILE, AL 36608 .
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request below of ROBYN SMITH RODGERS, AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF FRANKIE EARL RODGERS, DECEASED
*[Name(s)]*
pursuant to the Alabama Rules of the Civil Procedure.

11/07/2024 — *(Date)*
/s/ WESLEY HINES — *(Signature of Clerk)*
By: ____________ *(Name)*

☑ Certified Mail is hereby requested. /s/ JACK SMALLEY III
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

*Certified Mail*

☐ Return receipt of certified mail received in this office on ____________ .
*(Date)*

*Personal/Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to ____________ in ____________ County, Alabama on ____________ .
*(First and Last Name of Person Served)* *(Name of County)* *(Date)*

Document left:

☐ with above-named Defendant;

☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was refused by ____________ in ____________ County, Alabama on ____________ who is:
*(First and Last Name of Person Served)* *(Name of County)* *(Date)*

☐ the above-named Defendant;

☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

(Type of Process Server) (Server's Signature) (Address of Server)

(Badge or Precinct Number of Sheriff or Constable) (Server's Printed Name)

(Badge or Precinct Number of Sheriff or Constable) (Telephone Number of Designated Process Server)

ELECTRONICALLY FILED
11/18/2024 7:37 AM
51-CV-2024-900144.00
CIRCUIT COURT OF
MONROE COUNTY, ALABAMA
WESLEY HINES, CLERK

| State of Alabama<br>Unified Judicial System<br>Form C-34 Rev. 7/2023 | SUMMONS<br>- CIVIL - | C<br>5 |
|---|---|---|

IN THE CIRCUIT COURT OF MONROE COUNTY, ALABAMA

ROBYN SMITH RODGERS, AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF F

NOTICE TO: EDWARDO GUITERREZ, ~~21450 COUNTY ROAD 12S APT. #406, FOLEY, AL 36535~~ 772 Bitternut Road, Foley, AL 36535

(Name and Address of Defendant)

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
JACK SMALLEY III ,

[Name(s) of Attorney(s)]

WHOSE ADDRESS(ES) IS/ARE: 3600 Springhill Memorial Drive N, MOBILE, AL 36608 .

[Address(es) of Plaintiff(s) or Attorney(s)]

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request below of ______ [Name(s)] pursuant to the Alabama Rules of the Civil Procedure.

11/07/2024 (Date) /s/ WESLEY HINES (Signature of Clerk) By: ______ (Name)

☐ Certified Mail is hereby requested. ______ (Plaintiff's/Attorney's Signature)

**RETURN ON SERVICE**

*Certified Mail*

☐ Return receipt of certified mail received in this office on ______ (Date).

*Personal/Authorized*

☑ I certify that I personally delivered a copy of this Summons and the Complaint or other document to Maricarla Martinez (First and Last Name of Person Served) in Baldwin (Name of County) County, Alabama on 11/14/24 @ 1:20 PM (Date)

Document left:

☐ with above-named Defendant;

☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☑ at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein Co-resident

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was refused by ______ (First and Last Name of Person Served) in ______ (Name of County) County, Alabama on ______ (Date) who is:

☐ the above-named Defendant;

☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☑ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

Private Process Server (Type of Process Server) [signature] (Server's Signature) PO Box 91893 (Address of Server)

(Badge or Precinct Number of Sheriff or Constable) Greg Phillips (Server's Printed Name) Mobile AL 36691

(Badge or Precinct Number of Sheriff or Constable) 251-660-7191 (Telephone Number of Designated Process Server)

Service Return Copy

ELECTRONICALLY FILED
11/18/2024 7:42 AM
51-CV-2024-900144.00
CIRCUIT COURT OF
MONROE COUNTY, ALABAMA
WESLEY HINES, CLERK

| State of Alabama<br>Unified Judicial System<br>Form C-34 Rev. 7/2023 | **SUMMONS**<br>**- CIVIL -** | Co<br>51 |
|---|---|---|

**IN THE CIRCUIT COURT OF MONROE COUNTY, ALABAMA**

**ROBYN SMITH RODGERS, AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF F**

**NOTICE TO:** YSAAC ALEJANDRO BARRIOS SANCHEZ, ~~214 COUNTY ROAD 12S APT. #406, FOLEY, AL 36535~~ 772 Bitternut Road, Foley, AL 36535

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), JACK SMALLEY III ,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 3600 Springhill Memorial Drive N, MOBILE, AL 36608 .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request below of ______ *[Name(s)]* pursuant to the Alabama Rules of the Civil Procedure.

11/07/2024 *(Date)* /s/ WESLEY HINES *(Signature of Clerk)* By: ______ *(Name)*

☐ Certified Mail is hereby requested. ______ *(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

*Certified Mail*

☐ Return receipt of certified mail received in this office on ______ *(Date)*.

*Personal/Authorized*

☑ I certify that I personally delivered a copy of this Summons and the Complaint or other document to Maricarla Martinez *(First and Last Name of Person Served)* in Baldwin *(Name of County)* County, Alabama on 11/14/24 @ 1:20 PM *(Date)*

Document left:

☐ with above-named Defendant;

☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☑ at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein. Co-resident

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was refused by ______ *(First and Last Name of Person Served)* in ______ *(Name of County)* County, Alabama on ______ *(Date)* who is:

☐ the above-named Defendant;

☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☑ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

Private Process Server *(Type of Process Server)* [signature] *(Server's Signature)* PO BOX 91893 *(Address of Server)*

______ *(Badge or Precinct Number of Sheriff or Constable)* Greg Phillips *(Server's Printed Name)* Mobile AL, 36691

______ *(Badge or Precinct Number of Sheriff or Constable)* 251-660-1191 *(Telephone Number of Designated Process Server)*

**Service Return Copy**

AlaFile E-Notice

51-CV-2024-900144.00

To: JACK SMALLEY III
trip@longandlong.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MONROE COUNTY, ALABAMA

ROBYN SMITH RODGERS, AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF F
51-CV-2024-900144.00

The following RETURN ON SERVICE - SERVED was FILED on 11/18/2024 7:42:20 AM

Notice Date: 11/18/2024 7:42:20 AM

WESLEY HINES
CIRCUIT COURT CLERK
MONROE COUNTY, ALABAMA
COURTHOUSE SQUARE
MONROEVILLE, AL, 36461

251-743-2283
wesley.hines@alacourt.gov

AlaFile E-Notice

51-CV-2024-900144.00

To: LOWE'S HOME CENTERS, LLC (PRO SE)
C/O CSC, INC.
641 S LAWRENCE STREET
MONTGOMERY, AL, 36104-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MONROE COUNTY, ALABAMA

ROBYN SMITH RODGERS, AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF F
51-CV-2024-900144.00

The following RETURN ON SERVICE - SERVED was FILED on 11/18/2024 7:42:20 AM

Notice Date: 11/18/2024 7:42:20 AM

WESLEY HINES
CIRCUIT COURT CLERK
MONROE COUNTY, ALABAMA
COURTHOUSE SQUARE
MONROEVILLE, AL, 36461

251-743-2283
wesley.hines@alacourt.gov

AlaFile E-Notice

51-CV-2024-900144.00

To: BARRIOS SANCHEZ YSAAC ALEJANDRO (PRO SE)
214 COUNTY ROAD 12S
APT. #406
FOLEY, AL, 36535-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MONROE COUNTY, ALABAMA

ROBYN SMITH RODGERS, AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF F
51-CV-2024-900144.00

The following RETURN ON SERVICE - SERVED was FILED on 11/18/2024 7:42:20 AM

Notice Date: 11/18/2024 7:42:20 AM

WESLEY HINES
CIRCUIT COURT CLERK
MONROE COUNTY, ALABAMA
COURTHOUSE SQUARE
MONROEVILLE, AL, 36461

251-743-2283
wesley.hines@alacourt.gov

AlaFile E-Notice

51-CV-2024-900144.00

To: GUITERREZ EDWARDO (PRO SE)
21450 COUNTY ROAD 12S
APT. #406
FOLEY, AL, 36535-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MONROE COUNTY, ALABAMA

ROBYN SMITH RODGERS, AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF F
51-CV-2024-900144.00

The following RETURN ON SERVICE - SERVED was FILED on 11/18/2024 7:42:20 AM

Notice Date: 11/18/2024 7:42:20 AM

WESLEY HINES
CIRCUIT COURT CLERK
MONROE COUNTY, ALABAMA
COURTHOUSE SQUARE
MONROEVILLE, AL, 36461

251-743-2283
wesley.hines@alacourt.gov

AlaFile E-Notice

51-CV-2024-900144.00

To: LONG EARLE WALTER IV
earle@longandlong.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MONROE COUNTY, ALABAMA

ROBYN SMITH RODGERS, AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF F
51-CV-2024-900144.00

The following RETURN ON SERVICE - SERVED was FILED on 11/18/2024 7:42:20 AM

Notice Date: 11/18/2024 7:42:20 AM

WESLEY HINES
CIRCUIT COURT CLERK
MONROE COUNTY, ALABAMA
COURTHOUSE SQUARE
MONROEVILLE, AL, 36461

251-743-2283
wesley.hines@alacourt.gov

AlaFile E-Notice

51-CV-2024-900144.00

To: WOOD NORMAN STAPLES
staples@longandlong.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MONROE COUNTY, ALABAMA

ROBYN SMITH RODGERS, AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF F
51-CV-2024-900144.00

The following RETURN ON SERVICE - SERVED was FILED on 11/18/2024 7:42:20 AM

Notice Date: 11/18/2024 7:42:20 AM

WESLEY HINES
CIRCUIT COURT CLERK
MONROE COUNTY, ALABAMA
COURTHOUSE SQUARE
MONROEVILLE, AL, 36461

251-743-2283
wesley.hines@alacourt.gov

AlaFile E-Notice

51-CV-2024-900144.00

To: STEELE DAVID FITZGERALD J
dfs@steeleattorneysllc.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MONROE COUNTY, ALABAMA

ROBYN SMITH RODGERS, AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF F
51-CV-2024-900144.00

The following RETURN ON SERVICE - SERVED was FILED on 11/18/2024 7:42:20 AM

Notice Date: 11/18/2024 7:42:20 AM

WESLEY HINES
CIRCUIT COURT CLERK
MONROE COUNTY, ALABAMA
COURTHOUSE SQUARE
MONROEVILLE, AL, 36461

251-743-2283
wesley.hines@alacourt.gov

AlaFile E-Notice

51-CV-2024-900144.00

To: JACK SMALLEY III
trip@longandlong.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MONROE COUNTY, ALABAMA

ROBYN SMITH RODGERS, AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF F
51-CV-2024-900144.00

The following RETURN ON SERVICE - SERVED was FILED on 11/18/2024 7:42:20 AM

Notice Date: 11/18/2024 7:42:20 AM

WESLEY HINES
CIRCUIT COURT CLERK
MONROE COUNTY, ALABAMA
COURTHOUSE SQUARE
MONROEVILLE, AL, 36461

251-743-2283
wesley.hines@alacourt.gov

AlaFile E-Notice

51-CV-2024-900144.00

To: JACK SMALLEY III
trip@longandlong.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MONROE COUNTY, ALABAMA

ROBYN SMITH RODGERS, AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF F
51-CV-2024-900144.00

The following RETURN ON SERVICE - SERVED was FILED on 11/18/2024 7:37:59 AM

Notice Date: 11/18/2024 7:37:59 AM

WESLEY HINES
CIRCUIT COURT CLERK
MONROE COUNTY, ALABAMA
COURTHOUSE SQUARE
MONROEVILLE, AL, 36461

251-743-2283
wesley.hines@alacourt.gov

AlaFile E-Notice

51-CV-2024-900144.00

To: LOWE'S HOME CENTERS, LLC (PRO SE)
C/O CSC, INC.
641 S LAWRENCE STREET
MONTGOMERY, AL, 36104-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MONROE COUNTY, ALABAMA

ROBYN SMITH RODGERS, AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF F
51-CV-2024-900144.00

The following RETURN ON SERVICE - SERVED was FILED on 11/18/2024 7:37:59 AM

Notice Date: 11/18/2024 7:37:59 AM

WESLEY HINES
CIRCUIT COURT CLERK
MONROE COUNTY, ALABAMA
COURTHOUSE SQUARE
MONROEVILLE, AL, 36461

251-743-2283
wesley.hines@alacourt.gov

AlaFile E-Notice

51-CV-2024-900144.00

To: BARRIOS SANCHEZ YSAAC ALEJANDRO (PRO SE)
214 COUNTY ROAD 12S
APT. #406
FOLEY, AL, 36535-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MONROE COUNTY, ALABAMA

ROBYN SMITH RODGERS, AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF F
51-CV-2024-900144.00

The following RETURN ON SERVICE - SERVED was FILED on 11/18/2024 7:37:59 AM

Notice Date: 11/18/2024 7:37:59 AM

WESLEY HINES
CIRCUIT COURT CLERK
MONROE COUNTY, ALABAMA
COURTHOUSE SQUARE
MONROEVILLE, AL, 36461

251-743-2283
wesley.hines@alacourt.gov

AlaFile E-Notice

51-CV-2024-900144.00

To: GUITERREZ EDWARDO (PRO SE)
21450 COUNTY ROAD 12S
APT. #406
FOLEY, AL, 36535-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MONROE COUNTY, ALABAMA

ROBYN SMITH RODGERS, AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF F
51-CV-2024-900144.00

The following RETURN ON SERVICE - SERVED was FILED on 11/18/2024 7:37:59 AM

Notice Date: 11/18/2024 7:37:59 AM

WESLEY HINES
CIRCUIT COURT CLERK
MONROE COUNTY, ALABAMA
COURTHOUSE SQUARE
MONROEVILLE, AL, 36461

251-743-2283
wesley.hines@alacourt.gov

AlaFile E-Notice

51-CV-2024-900144.00

To: LONG EARLE WALTER IV
earle@longandlong.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MONROE COUNTY, ALABAMA

ROBYN SMITH RODGERS, AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF F
51-CV-2024-900144.00

The following RETURN ON SERVICE - SERVED was FILED on 11/18/2024 7:37:59 AM

Notice Date: 11/18/2024 7:37:59 AM

WESLEY HINES
CIRCUIT COURT CLERK
MONROE COUNTY, ALABAMA
COURTHOUSE SQUARE
MONROEVILLE, AL, 36461

251-743-2283
wesley.hines@alacourt.gov

AlaFile E-Notice

51-CV-2024-900144.00

To: WOOD NORMAN STAPLES
staples@longandlong.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MONROE COUNTY, ALABAMA

ROBYN SMITH RODGERS, AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF F
51-CV-2024-900144.00

The following RETURN ON SERVICE - SERVED was FILED on 11/18/2024 7:37:59 AM

Notice Date: 11/18/2024 7:37:59 AM

WESLEY HINES
CIRCUIT COURT CLERK
MONROE COUNTY, ALABAMA
COURTHOUSE SQUARE
MONROEVILLE, AL, 36461

251-743-2283
wesley.hines@alacourt.gov

AlaFile E-Notice

51-CV-2024-900144.00

To: STEELE DAVID FITZGERALD J
dfs@steeleattorneysllc.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MONROE COUNTY, ALABAMA

ROBYN SMITH RODGERS, AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF F
51-CV-2024-900144.00

The following RETURN ON SERVICE - SERVED was FILED on 11/18/2024 7:37:59 AM

Notice Date: 11/18/2024 7:37:59 AM

WESLEY HINES
CIRCUIT COURT CLERK
MONROE COUNTY, ALABAMA
COURTHOUSE SQUARE
MONROEVILLE, AL, 36461

251-743-2283
wesley.hines@alacourt.gov

AlaFile E-Notice

51-CV-2024-900144.00

To: JACK SMALLEY III
trip@longandlong.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MONROE COUNTY, ALABAMA

ROBYN SMITH RODGERS, AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF F
51-CV-2024-900144.00

The following RETURN ON SERVICE - SERVED was FILED on 11/18/2024 7:37:59 AM

Notice Date: 11/18/2024 7:37:59 AM

WESLEY HINES
CIRCUIT COURT CLERK
MONROE COUNTY, ALABAMA
COURTHOUSE SQUARE
MONROEVILLE, AL, 36461

251-743-2283
wesley.hines@alacourt.gov

5270 1579 4499 07

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*.

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*

- ☐ Return Receipt (hardcopy) $ ________
- ☐ Return Receipt (electronic) $ ________
- ☐ Certified Mail Restricted Delivery $ ________
- ☐ Adult Signature Required $ ________
- ☐ Adult Signature Restricted Delivery $ ________

Postage

Postmark Here

LOWE'S HOME CENTERS, LLC
C/O CSC, INC
641 S LAWRENCE ST
MONTGOMERY, AL. 36104
CV-24-900144 D001

12.10

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

SENDER: COMPL... ...N DELIVERY

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
x Kelly Webster ☑ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
11-25-24

1. Article Addressed to:

LOWE'S HOME CENTERS, LLC
C/O CSC, INC
641 S LAWRENCE ST
MONTGOMERY, AL. 36104
CV-24-900144 D001

9590 9402 8939 4064 1234 98

D. Is delivery address different from item 1? ☒ Yes
If YES, enter delivery address below: ☒ No

12.10

Wesley D. ... County Clerk
DEC 09 2024
Filed

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
...d Mail
...d Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☒ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)

9589 0710 5270 1579 4499 07

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

AlaFile E-Notice

51-CV-2024-900144.00

Judge: JACK B WEAVER

To: SMALLEY JACK III
trip@longandlong.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MONROE COUNTY, ALABAMA

ROBYN SMITH RODGERS, AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF F
51-CV-2024-900144.00

The following matter was served on 11/25/2024

**D001 LOWE'S HOME CENTERS, LLC**

**Corresponding To**

CERTIFIED MAIL

WESLEY HINES
CIRCUIT COURT CLERK
MONROE COUNTY, ALABAMA
COURTHOUSE SQUARE
MONROEVILLE, AL, 36461

251-743-2283
wesley.hines@alacourt.gov

AlaFile E-Notice

51-CV-2024-900144.00

Judge: JACK B WEAVER

To: LONG EARLE WALTER IV
earle@longandlong.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MONROE COUNTY, ALABAMA

ROBYN SMITH RODGERS, AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF F
51-CV-2024-900144.00

The following matter was served on 11/25/2024

**D001 LOWE'S HOME CENTERS, LLC**

**Corresponding To**

CERTIFIED MAIL

WESLEY HINES
CIRCUIT COURT CLERK
MONROE COUNTY, ALABAMA
COURTHOUSE SQUARE
MONROEVILLE, AL, 36461

251-743-2283
wesley.hines@alacourt.gov

AlaFile E-Notice

51-CV-2024-900144.00

Judge: JACK B WEAVER

To: WOOD NORMAN STAPLES
staples@longandlong.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MONROE COUNTY, ALABAMA

ROBYN SMITH RODGERS, AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF F
51-CV-2024-900144.00

The following matter was served on 11/25/2024

**D001 LOWE'S HOME CENTERS, LLC**

**Corresponding To**

CERTIFIED MAIL

WESLEY HINES
CIRCUIT COURT CLERK
MONROE COUNTY, ALABAMA
COURTHOUSE SQUARE
MONROEVILLE, AL, 36461

251-743-2283
wesley.hines@alacourt.gov

AlaFile E-Notice

51-CV-2024-900144.00

Judge: JACK B WEAVER

To: STEELE DAVID FITZGERALD J
dfs@steeleattorneysllc.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MONROE COUNTY, ALABAMA

ROBYN SMITH RODGERS, AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF F
51-CV-2024-900144.00

The following matter was served on 11/25/2024

**D001 LOWE'S HOME CENTERS, LLC**

**Corresponding To**

CERTIFIED MAIL

WESLEY HINES
CIRCUIT COURT CLERK
MONROE COUNTY, ALABAMA
COURTHOUSE SQUARE
MONROEVILLE, AL, 36461

251-743-2283
wesley.hines@alacourt.gov